IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARMAX ENTERPRISE
SERVICES, LLC,

       Plaintiff,

v.                                                Civil Action No. 3:22cv463

PRECISION GLOBAL MEDICAL
DISTRIBUTORS, LLC d/b/a PRECISION
GLOBAL MD, LLC,

       Defendant/Third-Party
       Plaintiff,

v.

UNITED HEALTH SOLUTIONS, LLC;
DAVID SUMNER; SUMNER GROUP
HEALTH MEDICAL SUPPLIES
LIMITED; ROBERT EKSTEDT;
GLOBAL HEALTH SUPPLY, LLC;
EKSTEDT ENTERPRISES, LLC; and
IT'S NANOED, INC.

       Third-Party Defendants.

**ORDER**

      This matter is before the Court on the May 17, 2023 Report and Recommendation ("R&R") issued by the Honorable Summer L. Speight, United States Magistrate Judge. (ECF No. 32.) The R&R recommends that Third-Party Defendant United Health Solutions, LLC's ("United Health") Motion to Dismiss be granted because neither the long-arm statute of Virginia or the Due Process Clause of the United States Constitution would permit the exercise of jurisdiction over United Health. (ECF No. 32, at 7.) No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 32);

(2) GRANTS Third-Party Defendant United Health's Motion to Dismiss, (ECF No. 11);

(3) DENIES Third-Party Defendant United Health's Motion for Hearing as MOOT, (ECF No. 18).

Let the Clerk of the Court send a copy of this Order to all counsel of record

It is SO ORDERED.

Date: 6/2/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge